3/21/2018 2:01 PM LH

## CAUSE NUMBER 25539

| | |
|---|---|
| THE STATE OF TEXAS | IN THE DISTRICT COURT |
| VS. | 6TH JUDICIAL DISTRICT |
| JOE BRADLEY COCHRAN | LAMAR COUNTY, TEXAS |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
3/28/2018 2:20:58 PM
DEBBIE AUTREY
Clerk

## NOTICE OF APPEAL

### TO THE HONORABLE JUDGE OF SAID COURT:

Now comes **Joe Bradley Cochran**, Defendant in the above entitled and numbered cause, and gives this written notice of appeal to the Court of Appeals of the State of Texas from his plea of "guilty" pursuant to Tex. Code Crim. Proc. Ann. art. 1.15. The following matter which is the subject of this appeal was raised by written motion and ruled on before trial pursuant to Rule 25.2(a)(2) of the Texas Rules of Appellate Procedure:

1. Defendant's Motion to Suppress

Respectfully submitted,

Joe Bradley Cochran, Pro Se
c/o Jesse Cochran
3280 CR 11300
Paris, Texas 75462

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Notice of Appeal was hand delivered to the attorney for the State on this 19th day of March, 2018.

Joe Bradley Cochran, Pro Se